A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on Sep 23, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

2010 SEP 23 PM 4:48
LORETTA G. WHYTE
CLERK

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 08, 2010

FILED
CLERK'S OFFICE

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010**

MDL No. 2179

CLERK'S OFFICE
A TRUE COPY
Sep 24 2010
Stephanie Kall
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

(SEE ATTACHED SCHEDULE)

10md2179
J(1)

**CONDITIONAL TRANSFER ORDER (CTO-4)**

On August 10, 2010, the Panel transferred 46 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2010). With the consent of that court, all such actions have been assigned to the Honorable Carl J. Barbier.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Barbier.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of August 10, 2010, and, with the consent of that court, assigned to the Honorable Carl J. Barbier.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 23, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 24 2010

DAVID J MALAND, CLERK
BY
DEPUTY_____

___Fee_____
___Process____
_x_Dktd_____
___CtRmDep___
___Doc. No.____

Case 1:10-cv-00347-MAC Document 24 Filed 09/24/10 Page 2 of 10 PageID #: 581
Case 2:10-md-02179-CJB-SS Document 333 Filed 09/24/10 Page 2 of 10

Page 1 of 2

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010**  MDL No. 2179

### SCHEDULE CTO-4 - TAG-ALONG ACTIONS

EDLA
SEC.J/1

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 2 10-525 | Adventure Sports II, Inc. v. BP, PLC, et al. | 10-3243 |
| **ALABAMA SOUTHERN** | | |
| ALS 1 10-243 | Cotton Bayou Marina, Inc., etc. v. BP, PLC, et al. | 10-3244 |
| ALS 1 10-245 | Gary Paul, et al. v. BP, PLC, et al. | 10-3245 |
| ALS 1 10-248 | Ronald Fishburn, et al. v. BP, PLC, et al. | 10-3246 |
| ALS 1 10-252 | Deupree Outdoor Guide Services, Inc. v. BP, PLC, et al. | 10-3247 |
| ALS 1 10-261 | Sunrise Rentals Enterprises, et al. v. BP, PLC, et al. | 10-3248 |
| ALS 1 10-263 | Peter J. Barber v. BP, PLC, et al. | 10-3249 |
| ALS 1 10-272 | Papa Rod, Inc., et al. v. BP, PLC, et al. | 10-3250 |
| ALS 1 10-281 | James Ferguson, et al. v. BP, PLC, et al. | 10-3251 |
| ALS 1 10-292 | Alan F. Ford v. BP, PLC, et al. | 10-3252 |
| ALS 1 10-293 | Sarah H. Moore, et al. v. BP, PLC, et al. | 10-3253 |
| ALS 1 10-299 | Bert P. Noojin, et al. v. BP, PLC, et al. | 10-3254 |
| ALS 1 10-314 | John Crenshaw v. BP, PLC, et al. | 10-3255 |
| ALS 1 10-319 | Hal G. Smith, III v. BP, PLC, et al. | 10-3256 |
| ALS 1 10-321 | Waylon C. Callaway v. BP, PLC, et al. | 10-3257 |
| ALS 1 10-341 | Preston Hobson v. BP, PLC, et al. | 10-3258 |
| ALS 1 10-354 | John W. Millson, Jr. v. Transocean, Ltd., et al. | 10-3259 |
| ALS 1 10-369 | Jimmie Townsend, et al. v. BP, PLC, et al. | 10-3260 |
| ALS 1 10-381 | Bradley Shivers, et al. v. BP, PLC, et al. | 10-3261 |
| ALS 1 10-395 | Mobile Fixture & Equipment Co., Inc. v. BP, PLC, et al. | 10-3262 |
| ALS 1 10-397 | Glynis H. Wright, et al. v. BP, PLC, et al. | 10-3263 |
| ALS 1 10-414 | James Anderson v. BP, PLC, et al. | 10-3264 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 1 10-201 | Monica C. Montagnet v. Transocean, Ltd., et al. | 10-3265 |
| MSS 1 10-207 | Brian Howard's Charter Fishing LLC, et al. v. Transocean, Ltd., et al. | 10-3266 |
| MSS 1 10-225 | Daniel Barker v. BP, PLC, et al. | 10-3267 |
| MSS 1 10-236 | Cao Nguyen v. Transocean, Ltd., et al. | 10-3268 |
| MSS 1 10-241 | Kimberly Nguyen, et al. v. BP, PLC, et al. | 10-3269 |
| MSS 1 10-258 | Captain Kenny Barhanovich v. BP, PLC, et al. | 10-3270 |
| MSS 1 10-262 | James C. Balius, et al. v. BP, PLC, et al. | 10-3271 |
| MSS 1 10-263 | Bobby Wilson v. BP, PLC, et al. | 10-3272 |
| MSS 1 10-280 | Grady Thigpen, et al. v. BP, PLC, et al. | 10-3273 |
| MSS 2 10-138 | Jacob R. Shemper v. BP, PLC, et al. | 10-3274 |
| **SOUTH CAROLINA** | | |
| SC 2 10-1460 | Earl Brandt, et al. v. BP, PLC, et al. | 10-3275 |
| SC 2 10-1461 | Divine Fish House, Inc., et al. v. BP, PLC, et al. | 10-3276 |
| SC 2 10-1462 | The Litchfield Co., LLC v. BP, PLC, et al. | 10-3277 |
| SC 4 10-1782 | PGKR Enterprises, LLC v. BP, PLC, et al. | 10-3278 |

Case 1:10-cv-00347-MAC Document 24 Filed 09/24/10 Page 3 of 10 PageID #: 582
Case 2:10-md-02179-CJB-SS Document 333 Filed 09/24/10 Page 3 of 10

Page 2 of 2

**MDL No. 2179 - Schedule CTO-4 Tag-Along Actions (Continued)**

|  |  | EDLA SEC.J/1 |
|---|---|---|
| **TEXAS EASTERN** | | |
| TXE 1 10-345 | Dai Tran v. BP America Inc., et al. | 10-3279 |
| TXE 1 10-347 | Peter Ken Tran v. BP America Inc., et al. | 10-3280 |

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

Barbara S. Jones
United States District Court
Southern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

September 23, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 2179 -- IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico,
on April 20, 2010

(See Attached CTO-4)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 8, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Jakeia Mells
Case Administrator

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferee Judge: Judge Carl J. Barbier

JPML Form 36A

Case 1:10-cv-00347-MAC Document 24 Filed 09/24/10 Page 5 of 10 PageID #: 584
Case 2:10-md-02179-CJB-SS Document 333 Filed 09/24/10 Page 5 of 10
Page 1 of 4

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010**  MDL No. 2179

### PANEL SERVICE LIST (CTO-4)

Kenneth Michael Altman
MORRISBART LTD
1712 15th Street, Suite 200
Gulfport, MS 39501
kaltman@morrisbart.com

Leonard W. Aragon
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, AZ 85003
leonard@hbsslaw.com

David J. Beck
BECK REDDEN & SECREST LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
dbeck@brsfirm.com

James Edward Bell, III
BELL LEGAL GROUP
232 King Street
P.O. Box 2590
Georgetown, SC 29440
ebell@edbelllaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
steve@hbsslaw.com

Christopher D. Boutwell
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES
P.O. Box 4160
Montgomery, AL 36103-4160
chris.boutwell@beasleyallen.com

Lance Paul Bradley
MCPHERSON HUGHES BRADLEY
WIMBERLEY ET AL
3120 Central Mall Drive
Port Arthur, TX 77642
jbradley@mhbwsc.com

Andrew Preston Brittain
HEARN BRITTAIN & MARTIN
4614 Oleander Drive
Myrtle Beach, SC 29577
prestonbrittain@gmail.com

G. Todd Burwell
G TODD BURWELL PA
618 Crescent Blvd.
Suite 200
Ridgeland, MS 39157
tburwell@gtbpa.com

Michael W. Butler
STARNES DAVIS FLORIE LLP
P.O. Box 1548
Mobile, AL 36633-1548
wbutler@starneslaw.com

Warren L. Conway
CONWAY & MARTIN PC
P.O. Box 757
Gulfport, MS 39502-0757
courtdocs@conwaymartin.com

Charles G. Copeland
COPELAND COOK TAYLOR & BUSH
P. O. Box 6020
Ridgeland, MS 39158-6020
gcopeland@cctb.com

Martin D. Crump
DAVIS & CRUMP
1712 15th Street
Suite 300
Gulfport, MS 39501
martincrump@daviscrump.com

Blane H. Crutchfield
HAND ARENDALL LLC
P.O. Box 123
Mobile, AL 36601
bcrutchfield@handarendall.com

Case 1:10-cv-00347-MAC Document 24 Filed 09/24/10 Page 6 of 10 PageID #: 585
Case 2:10-md-02179-CJB-SS Document 333 Filed 09/24/10 Page 6 of 10

Page 2 of 4

**MDL No. 2179 - Panel Service List (CTO-4) (Continued)**

W. Wayne Drinkwater, Jr.
BRADLEY ARANT BOULT CUMMINGS LLP
P.O. Box 1789
Jackson, MS 39215-1789
**wdrinkwater@babc.com**

Robert C. Galloway
BUTLER SNOW O'MARA STEVENS &
CANNADA PLLC
P.O. Drawer 4248
Gulfport, MS 39502-4248
**bob.galloway@butlersnow.com**

Robin C. Gibbs
GIBBS & BRUNS LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
**rgibbs@gibbs-bruns.com**

Donald E. Godwin
GODWIN RONQUILLO PC
1201 Elm Street, Suite 1700
Dallas, TX 75270-2041
**dgodwin@godwinronquillo.com**

William Baxter Harwell
HARWELL LAW FIRM
11947 Grandhaven Drive
Suite M
Murrells Inlet, SC 29576
**harwelllawfirm@aol.com**

Don K. Haycraft
LISKOW & LEWIS
701 Poydras Street
One Shell Square
Suite 5000
New Orleans, LA 70139
**dkhaycraft@liskow.com**

George W. Healy, IV
GEORGE W HEALY IV & ASSOCIATES
1323 28th Avenue, Suite A
Gulfport, MS 39501
**gwhealyiv@aol.com**

Stephen J. Herman
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116
**sherman@hhkc.com**

John M. Johnson
LIGHTFOOT FRANKLIN & WHITE LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200
**jjohnson@lightfootlaw.com**

Aaron Seth Jophlin
BELL LEGAL GROUP
1614-D Taylor Street
Columbia, SC 29201
**aaron@edbelllaw.com**

Ky E. Kirby
BINGHAM MCCUTCHEN LLP
2020 K Street, N.W.
Washington, DC 20006
**Ky.kirby@bingham.com**

David Bruce Krause
P.O. Box 646
Ocean Springs, MS 39566
**krause@law-dog.com**

Deborah DeRoche Kuchler
KUCHLER POLK SCHELL WEINER &
RICHESON
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
**dkuchler@kuchlerpolk.com**

Joel M. Kuehnert
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
**jkuehnert@babc.com**

Case 1:10-cv-00347-MAC   Document 24   Filed 09/24/10   Page 7 of 10 PageID #: 586
Case 2:10-md-02179-CJB-SS   Document 333   Filed 09/24/10   Page 7 of 10

Page 3 of 4

**MDL No. 2179 - Panel Service List (CTO-4) (Continued)**

Frederick T. Kuykendall, III
KUYKENDALL & ASSOCIATES LLC
P.O. Box 2129
Fairhope, AL 36533
ftkuykendall@yahoo.com

J. Andrew Langan
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
andrew.langan@kirkland.com

John N. Leach, Jr.
HELMSING LEACH HERLONG NEWMAN & ROUSE PC
P.O. Box 2767
Mobile, AL 36652
jnl@helmsinglaw.com

Deirdre Shelton McCool
NELSON MULLINS RILEY & SCARBOROUGH LLP
P.O. Box 1806
Charleston, SC 29402
deirdre.mccool@nelsonmullins.com

Kerry J. Miller
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
kmiller@frilot.com

Stephen W. Mullins
LUCKEY & MULLINS PLLC
2016 Bienville Road
P.O. Box 990
Ocean Springs, MS 39566
smullins@luckeyandmullins.com

Frank A. Piccolo
PREIS & ROY PLC
Weslayan Tower
24 Greenway Plaza
Suite 2050
Houston, TX 77046
fap@preisroy.com

William M. Quin, II
MCCRANEY MONTAGNET & QUIN, PLLC
602 Steed Road, Suite 200
Ridgeland, MS 39157
wquin@mmqlaw.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
OilSpillLitigationMDL@motleyrice.com

Richard P. Rouco
WHATLEY DRAKE & KALLAS LLC
P.O. Box 10647
Birmingham, AL 35202-0647
rrouco@wdklaw.com

James P. Roy
DOMENGEAUX WRIGHT ET AL
P.O. Box 3668
Lafayette, LA 70502-3668
jimr@wrightroy.com

Richard P. Salloum
FRANKE & SALLOUM PLLC
P.O. Drawer 460
Gulfport, MS 39502
rps@frslaw.com

George W. Schmidt, II
SCHMIDT LAW FIRM PA
142 East Front Street
Hattiesburg, MS 39401
schmidtlawfirmpa@gmail.com

Randal H. Sellers
STARNES & ATCHISON LLP
P.O. Box 598512
Birmingham, AL 35259-8512
rsellers@starneslaw.com

Michael Jacob Shemper
MICHAEL J SHEMPER PLLC
P.O. Box 1727
Hattiesburg, MS 39403-1727
mjshemper@megagate.com

Case 1:10-cv-00347-MAC Document 24 Filed 09/24/10 Page 8 of 10 PageID #: 587
Case 2:10-md-02179-CJB-SS Document 333 Filed 09/24/10 Page 8 of 10

Page 4 of 4

**MDL No. 2179 - Panel Service List (CTO-4) (Continued)**

David W. Stewart
COPELAND COOK TAYLOR & BUSH PA
P.O. Box 10
Gulfport, MS 39502-0010
**dstewart@cctb.com**

Randell C. Stoney, Jr.
BARNWELL WHALEY PATTERSON & HELMS
P.O. Drawer H
Charleston, SC 29402
**rstoney@barnwell-whaley.com**

Thomas W. Taylor
ANDREWS & KURTH
600 Travis, Suite 4200
Houston, TX 77002
**ttaylor@andrewskurth.com**

Marsha A. Ward
SUTHERLAND ASBILL & BRENNAN
999 Peachtree Street, N.E., Suite 2300
Atlanta, GA 30309-3996
**marsha.ward@sutherland.com**

Jason Douglas Watkins
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
P.O. Box 22608
Jackson, MS 39225-2608
**watkinsjd@fpwk.com**

Phillip A. Wittmann
STONE PIGMAN WALTHER & WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588
**pwittmann@stonepigman.com**

Robert Alan York
GODWIN RONQUILLO PC
Four Houston Center, Suite 1665
1331 Lamar
Houston, TX 77010
**ayork@godwinronquillo.com**

Joseph R. Young, Jr.
YOUNG CLEMENT RIVERS
P.O. Box 993
Charleston, SC 29402
**ryoung@ycrlaw.com**

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"**
**IN THE GULF OF MEXICO, ON APRIL 20, 2010**         MDL No. 2179

## INVOLVED JUDGES LIST (CTO-4)

Hon. Sonja Faye Bivins
U.S Magistrate Judge
308 John A. Campbell United States Courthouse
113 St. Joseph Street
Mobile, AL 33602

Hon. William E. Cassady
U.S. Magistrate Judge
306 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3624

Hon. Marcia A. Crone
U.S. District Judge
Jack Brooks Federal Building
300 Willow Street
Beaumont, TX 77701

Hon. Kristi K. DuBose
U.S. District Judge
101 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. Callie V.S. Granade
U.S. District Judge
123 John A. Campbell U.S. Crthse.
113 St. Joseph Street
Mobile, AL 36602-3621

Hon. Louis Guirola, Jr.
U.S. District Judge
United States District Court
814 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. Katherine P. Nelson
U.S Magistrate Judge
101 John A. Campbell United States Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Hon. Halil S. Ozerden
U.S. District Judge
United States District Court
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U.S. Courthouse Federal Bldg.
701 N. Main Street
Hattiesburg, MS 39401

Hon. William H. Steele
Chief Judge, U.S. District Court
113 St. Joseph Street
Box 20
Mobile, AL 36602

Hon. W. Keith Watkins
U.S. District Judge
F-300 Frank M. Johnson, Jr. Federal Courthouse Annex
One Church Street
Montgomery, AL 36104

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010     MDL No. 2179

## INVOLVED CLERKS LIST (CTO-4)

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

Larry W. Propes, Clerk
P.O. Box 835
Charleston, SC 29402-9835

Larry W. Propes, Clerk
P.O. Box 2317
Florence, SC 29503-2317

David J. Maland, Clerk
Jack Brooks Federal Bldg. & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701